# Court of Appeals
# of the State of Georgia

ATLANTA,  February 21, 2017

*The Court of Appeals hereby passes the following order:*

## A17I0141. CONNIE C. SANDERS v. MIGHTY OAK, LLC.

A lawsuit was filed against defendant Connie C. Sanders to recover on a promissory note. Sanders and third-party plaintiff, Mighty Oak, LLC, filed cross-motions for partial summary judgment. The trial court granted Mighty Oak's motion and denied Sanders' motion, finding that Sanders was liable under the note as a matter of law. Sanders seeks interlocutory review of this ruling.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. See *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-828 (386 SE2d 884) (1989). We will grant a timely application for interlocutory appeal if the order complained of is directly appealable and the applicant has not already filed a timely notice of appeal. See *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED. Sanders shall have ten days from the date of this order to file a notice of appeal in the trial court. If she has already filed a timely notice of appeal from the order at issue here, she need not file a second notice. The clerk of

the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   02/21/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*